# UNITED STATES DISTRICT COURT

for the

District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                     )   Case No.   **15-0566 JMC**
The premises located at 640 N. Calvert Street, )
Apartment D, Baltimore, Maryland 21202 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A

located in the _____ District of \_\_\_\_\_Maryland\_\_\_\_\_, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

FILED \_\_\_\_\_ ENTERED
LODGED \_\_\_\_\_ RECEIVED

APR 07 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) and (2) | Transportation and receipt of child pornography; possession of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Todd A. Moody, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/27/15

*Judge's signature*

City and state: Baltimore, Maryland      J. Mark Coulson, US Magistrate Judge
                                                   *Printed name and title*